# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ANTHONY JAMES ESPARZA,

    Petitioner,

vs.

WARDEN, et al.,

    Respondents.

Case No. 3:10-CV-00317-LRH-(RAM)

**ORDER**

    The court directed (#5) petitioner to file an amended petition for a writ of habeas corpus. Petitioner has not complied within the allotted time. The court will dismiss the defective grounds and direct respondents to respond to the remaining grounds.

    IT IS THEREFORE ORDERED that grounds 1(a), 1(d) through 1(m), 2, 3, 4, 5, and 10 of the petition (#6) are **DISMISSED**.

    IT IS FURTHER ORDERED that respondents shall have forty-five (45) days from the date of entry of this order to answer or otherwise respond to the petition. If respondents file and serve an answer, then they shall comply with Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts, and then petitioner shall have forty-five (45) days from the date on which the answer is served to file a reply.

    DATED this 15th day of January, 2011.

    _____
    LARRY R. HICKS
    UNITED STATES DISTRICT JUDGE